DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID DETRICK,**
Appellant,

v.

**SHERISE MATLOCK RALSTON** and **SHERISE MATLOCK RALSTON,**
as trustee of the **SHERISE
MATLOCK RALSTON TRUST,**
Appellees.

No. 4D2025-0202

[March 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 062021CA021922AXXXCE.

Jason Gordon of Law Offices of Jason Gordon, P.A., Hollywood, for appellant.

Jonathan Bloom of Bloom & Freeling, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***